**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE KARAS**

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC. d/b/a USBANCORP MANIFEST FUNDING SERVICES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANNER PHYSICIANS CAPITAL, INC. a/k/a BANNER PHYSICIANS CAPITAL a/k/a BANNER CAPITAL, INC. a/k/a BANNER CAPITAL VENTURES, LLC a/k/a BENCHMARK CAPITAL, RAVEE SHRINIVAS, METRO MEDICAL SUPPLIES, INC. and GANGA MUKKAVILLI,<br><br>　　　　Defendants. | **08 CIV 6054**<br><br>Civil Action No.:<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, LYON FINANCIAL SERVICES, INC. d/b/a USBANCORP MANIFEST FUNDING SERVICES (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: USBank NA.

　　　　　　　　　　　　　　　　LAW OFFICES OF CHARLES A. GRUEN
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　CHARLES A. GRUEN
　　　　　　　　　　　　　　　　381 Broadway, Suite 300
　　　　　　　　　　　　　　　　Westwood, New Jersey 07675
　　　　　　　　　　　　　　　　(201) 342-1212
　　　　　　　　　　　　　　　　(CG5456)

Dated: July 1, 2008