AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** |
| EFFECTED (1) BY ME: | PAUL SALAZAR |
| TITLE: | **PROCESS SERVER**     DATE: 7/15/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ / ] Served personally upon the defendant:
GANGA MJUKKAVILLI     SELF REFUSE TO SIGN.

Place where served: 307 5AV NY, NY 10014 SUITE 1205

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M    AGE: 48    HEIGHT: 5'7    WEIGHT: 170    SKIN: TAN    HAIR: BLK    OTHER: 1:45

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/15/2008     *[signature]* L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROSEMARY RAMOS 7/15/8
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 2008

| | |
|---|---|
| ATTORNEY: | CHARLES A. GRUEN, ESQ |
| PLAINTIFF: | LYON FINANCIAL SERVICES, INC., ET AL |
| DEFENDANT: | BANNER PHYSICIANS CAPITAL, INC AKA BANNER PHYSICIANS CAPITAL AKA BANNER CAPITAL, INC. AKA BANNER CAPITAL VENTURES, LLC, AKA BENCHMARK CAPITAL, ET AL |
| VENUE: | DISTRICT NY |
| DOCKET: | 08 CV 6054 |

G.P.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.