| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT | |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK | |
| TITLE: | PROCESS SERVER | DATE: 07/21/2008  11:44AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

RAVEE SHRINIVAS

Place where served:

127 E 56TH ST.  6TH FLOOR NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SHRI NIVAS

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: BROWN   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____        SERVICES $ ____.____        TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7 / 21 / 20 08

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

7-21-2008

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES April 24, 2012

ATTORNEY:   CHARLES A. GRUEN, ESQ
PLAINTIFF:  LYON FINANCIAL SERVICES, INC., ET AL
DEFENDANT:  BANNER PHYSICIANS CAPITAL , INC AKA BANNER PHYSICIANS CAPITAL MGT, BANNER CAPITAL, INC. AKA
BANNER CAPITAL VENTURES, LLC, AKA BENCHMARK CAPITAL, ET AL
VENUE:      DISTRICT NY
DOCKET:     08 CV 6054

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.