Karas, J.

Leonard Benowich (LB-6129)
BENOWICH LAW, LLP
1025 Westchester Avenue
White Plains, NY 10604
(914) 946-2400

FERRO LABELLA & ZUCKER, LLC
27 Warren Street
Hackensack, New Jersey 07601
(201) 489-9110

*Attorneys for Defendant Ganga Mukkavilli*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LYON FINANCIAL SERVICES, INC. d/b/a         08 Civ. 6054 (KMK)
USBANCORP MANIFEST FUNDING
SERVICES,

                Plaintiff,            **STIPULATION**

   -against-

BANNER PHYSICIANS CAPITAL, INC., et al.,

                Defendants.
-----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto that the time for defendant Ganga Mukkavilli to answer or move with respect to the Complaint is extended and adjourned from August 4, 2008 to August 18, 2008.

Dated: August 1, 2008

BENOWICH LAW, LLP

By: _____
Leonard Benowich (LB-6129)
1025 Westchester Avenue
White Plains, NY 10604
(914) 946-2400
*Attorneys for Defendant Mukkavilli*

LAW OFFICES OF CHARLES A. GRUEN

By: _____
Charles A. Gruen (CG-5456)
381 Broadway, Suite 300
Westwood, NJ 07675
(201) 342-1212
*Attorneys for Plaintiff*

So ORDERED

_____
U.S.D.J.  8/4/08

DATED