08/07/2008 THU 14:59 FAX 1 914 406 7010 Case 7:08-cv-06054-KMK   Document 8   Filed 08/08/2008   Page 1 of 2   ☑002/003

08/06/2008  13:45  LAW OFFICES OF CHARLES A GRUEN → 19144067010                   NO.340  P03
08/06/2008 WED 13:13  FAX 1 914 406 7010                                                ☑002/003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LYON FINANCIAL SERVICES, INC. D/B/A USBANCORP,
MANIFEST FUNDING SERVICES                                CIVIL ACTION No. 08 CIV. 6054 (KMK)

                                    Plaintiff            STIPULATION AND ORDER
              -against-                                  EXTENDING TIME TO ANSWER

BANNER PHYSICIANS CAPITAL, INC. A/K/A BANNER
PHYSICIANS CAPITAL A/K/A BANNER CAPITAL, INC.
A/K/A BANNER CAPITAL VENTURES, LLC A/K/A
BENCHMARK CAPITAL, RAVEE SHRINIVAS, METRO
MEDICAL SUPPLIES, INC. AND GANGA MUKKAVILLI

                                    Defendants.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED between and among the undersigned attorneys, that the time for the defendants, Banner Physicians Capital, Inc. a/k/a Banner Physicians Capital a/k/a Banner Capital, Inc. a/k/a Banner Capital Ventures, LLC a/k/a Benchmark Capital ("Banner Capital") and Ravee Shrinivas, to answer, move or otherwise respond to the complaint, shall be, and the same hereby is, extended through and including August 25, 2008.

Any fully-executed counterpart of the present stipulation, including any with one or more photocopied or facsimile signatures, shall be useable as an original for all purposes. Any party may, without notice, submit any fully-executed counterpart of the present stipulation to the Court to be "So Ordered," or to the Clerk to be filed.

1

Dated: August 6, 2008

          LAW OFFICES OF CHARLES A. GRUEN

          By: _____
          Charles A. Gruen [CG 5456]
          *Attorneys for Plaintiff*
          381 Broadway, Suite 300
          Westwood, NJ 07675
          (201) 342-1212


          RAND ROSENZWEIG
          RADLEY & GORDON LLP

          By: _____
          Charles L. Rosenzweig [CR 7622]
          *Attorneys for Defendants Banner Capital*
          *and Ravee Shrinivas*
          50 Main Street, 12th Floor
          White Plains, New York 10606
          (914) 406-7000


IT IS SO ORDERED:

_____
U.S.D.J.     8/7/08