AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__  DISTRICT OF  __NEW YORK__

**APPEARANCE**

Case Number:  08 Civ. 6054 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GANGA MUKKAVILLI

I certify that I am admitted to practice in this court.

| 8/13/2008 | *(signature)* |
|---|---|
| Date | Signature |
|  | Aurora Cassirer — AC-3763 |
|  | Print Name — Bar Number |
|  | Troutman Sanders LLP, 405 Lexington Avenue |
|  | Address |
|  | New York — NY — 10174 |
|  | City — State — Zip Code |
|  | (212) 704-6249 — (212) 704-5900 |
|  | Phone Number — Fax Number |