AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

**APPEARANCE**

Case Number: 08 Civ. 6054 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GANGA MUKKAVILLI

I certify that I am admitted to practice in this court.

| 8/13/2008 | _[signature]_ |
|---|---|
| Date | Signature |

| Aaron Mendelsohn | AM-2305 |
|---|---|
| Print Name | Bar Number |

Troutman Sanders LLP, 405 Lexington Avenue
Address

| New York | NY | 10174 |
|---|---|---|
| City | State | Zip Code |

| (212) 704-6158 | (212) 704-8378 |
|---|---|
| Phone Number | Fax Number |