UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LYON FINANCIAL SERVICES, INC. d/b/a
USBANCORP MANIFEST FUNDING SERVICES,

                Plaintiff,                        08 Civ. 6054 (KMK)

  -against-

BANNER PHYSICIANS CAPITAL, INC., et al.,    NOTICE OF SUBSTITUTION
                                                    OF DEFENDANT'S COUNSEL

                Defendants.
-----------------------------------------------------------x

        PLEASE TAKE NOTICE that Aurora Cassirer, Esq. and Aaron Mendelsohn, Esq., of Troutman Sanders LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York, 10174, (212) 704-6000, are substituted as attorney of record for Defendant Ganga Mukkavilli in the above-captioned matter in the place of Leonard Benowich, Esq.

Dated: August 12, 2008
       New York, New York

                                                 Aurora Cassirer

Dated: August 12, 2008
       New York, New York

                                                 Aaron Mendelsohn

Dated: August 12, 2008
       New York, New York

                                                 Leonard Benowich