*LML*
*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LYON FINANCIAL SERVICES, INC. d/b/a
USBANCORP MANIFEST FUNDING SERVICES,

                Plaintiff,

      -against-

BANNER PHYSICIANS CAPITAL, INC., et al.,

                Defendants.
------------------------------------------------------------x

08 Civ. 6054 (KMK)

STIPULATION *extending time*

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto that the time for defendant Ganga Mukkavilli to answer or move with respect to the Complaint is extended and adjourned from August 18, 2008 to August 25, 2008.

Dated: August 13, 2008

TROUTMAN SANDERS, LLP

By: _____ /AHM
Aurora Cassirer (AC-3763)
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
*Attorneys for Defendant Mukkavilli*

LAW OFFICES OF CHARLES A. GRUEN

By: _____
Charles A. Gruen (CG-5456)
381 Broadway, Suite 300
Westwood, NJ 07675
(201) 342-1212
*Attorneys for Plaintiff*

SO ORDERED:

_____
United States District Judge

DATE: 8/13/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____