UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LYON FINANCIAL SERVICES, INC. D/B/A USBANCORP,
MANIFEST FUNDING SERVICES                    08 CIV. 6054 (KMK)

                        Plaintiff
      -against-

                                                    **NOTICE OF APPEARANCE**

BANNER PHYSICIANS CAPITAL, INC. A/K/A BANNER
PHYSICIANS CAPITAL A/K/A BANNER CAPITAL, INC.
A/K/A BANNER CAPITAL VENTURES, LLC A/K/A
BENCHMARK CAPITAL, RAVEE SHRINIVAS, METRO
MEDICAL SUPPLIES, INC. AND GANGA MUKKAVILLI

                        Defendants.
----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears for defendants, Banner Physicians Capital, Inc. a/k/a Banner Physicians Capital, a/k/a Banner Capital, Inc., a/k/a Banner Capital Ventures, LLC, a/k/a Benchmark Capital and Ravee Shrinivas (collectively the "Banner Defendants") and hereby requests service of all papers and notices of all proceedings in this action.

Dated: White Plains, New York
        August 18, 2008

                                           _____/S/_____
                                           Charles L. Rosenzweig [CR 7622]
                                           RAND ROSENZWEIG RADLEY & GORDON LLP
                                           50 Main Street, 12th Floor
                                           White Plains, New York  10606
                                           (914) 406-7000
                                           (*Attorneys for Banner Defendants*)