UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYON FINANCIAL SERVICES, INC. d/b/a
USBANCORP MANIFEST FUNDING
SERVICES,

          Plaintiff,

-v-

BANNER PHYSICIANS CAPITAL, INC. et al.,

          Defendant.

Case No. 08 CIV. 6054 (KMK)

**Rule 7.1 Statement**

---

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for METRO MEDICAL SUPPLIES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: August 25, 2008

                                              Signature of Attorney

                                              **Attorney Bar Code:** AM-2305